KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
  jsteinsapir@kwikalaw.com
NICHOLAS C. SOLTMAN (SBN 277418)
  nsoltman@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Kimsaprincess, Inc., and
Kim Kardashian West

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMSAPRINCESS INC., a California corporation, and KIMBERLY KARDASHIAN WEST, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES RUNELS, an individual, CELLULAR MEDICINE ASSOCIATION, aka AMERICAN COSMETIC CELLULAR MEDICINE ASSOCIATION, a Nevada corporation, ADVANCED DERMATOLOGY & COSMETIC LASER CARE, A MEDICAL CORPORATION, a California corporation, and 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-10415-CBM (AFMx)<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION**<br><br>JS-6 |

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1  Whereas Plaintiffs Kimberly Kardashian West and Kimsaprincess Inc.
2  ("Plaintiffs" or "Ms. Kardashian") and Defendants Charles Runels and Cellular
3  Medicine Association ("the Runels Defendants" or "Runels"), by and through their
4  counsel of record, and specifically without any admission of liability on the part of
5  any of the parties, have stipulated to settle this matter through the entry of a
6  judgment and permanent injunction, and good cause appearing therefor, **IT IS**
7  **HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

8  A.  The Court has jurisdiction over the subject matter in this dispute and
9  the parties herein. Venue is proper in this Judicial District. The Court finds that there
10 is a factual and legal basis for entry of this Judgment and Permanent Injunction and
11 for the enforceability of this Judgment and Permanent Injunction as set forth herein.

12 B.  Kimberly Kardashian West is a world-famous media and entertainment
13 personality. Ms. Kardashian has spent considerable time, energy and resources
14 developing her career. Ms. Kardashian is also the owner of the still photograph,
15 VAMPIRE FACIAL SELFIE, which has been registered with the United States
16 Copyright Office (Reg. No. VA0002177635) ("the Photograph").

17 C.  Kimsaprincess Inc. administers certain personal services of Ms.
18 Kardashian in the entertainment industry and is the owner of numerous trademarks
19 associated with Ms. Kardashian's services, name, and likeness, including but not
20 limited to the mark, KIM KARDASHIAN, ("the Mark"), which is registered on the
21 principal register under USPTO Reg. No. 4516079. That mark is valid, subsisting,
22 and enforceable.

23 D.  Runels is a physician in Alabama. He owns registered trademarks in,
24 among other cosmetic procedures, the VAMPIRE FACIAL procedure. He is also
25 the President, Secretary, Treasurer, and Director of the Cellular Medicine
26 Association, also known as the "American Cosmetic Cellular Medicine
27 Association."

28

E. In 2012, Ms. Kardashian received a VAMPIRE FACIAL procedure from a doctor in Miami, Florida. She memorialized the procedure in the Photograph, and the Runels Defendants used the Photograph and the Mark in connection with their business.

F. The Runels Defendants used the Photograph without the express consent of Ms. Kardashian. In addition, the Runels Defendants used the Mark to promote their individual goods or services without the express consent of Ms. Kardashian.

Accordingly, for good cause shown, the Court enters Judgment on the Complaint in favor of Plaintiffs and against the Runels Defendants as follows:

1. **Permanent Injunction**. Runels, the Cellular Medicine Association, the American Cosmetic Medical Cellular Association, and their respective agents, managers, employees, and attorneys, and all persons acting in concert or participation with him or them, are hereby enjoined and restrained from engaging in, committing, or performing, directly or indirectly, any and all of the following acts, in perpetuity, without the express written consent of Plaintiffs:

    a. publicly exhibiting or using the Photograph in any way;

    b. using in any way the Mark in connection with the advertisement, promotion, or sale of goods or services, including, without limitation, online, through social media and in an internet domain name;

    c. using Ms. Kardashian's name, image or likeness in connection with any goods or services sold or offered for sale by the Runels Defendants;

    d. holding themselves out as having the consent of Plaintiffs to use the Mark or Ms. Kardashian's name, image or likeness, or otherwise being sponsored or endorsed by Plaintiffs;

    e. aiding, abetting, assisting, inducing, or participating with others in the acts prohibited and enjoined herein.

2. Nothing herein shall prevent the Runels Defendants from truthfully

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 describing their involvement in the development of the VAMPIRE FACIAL procedure.

2. 3. The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

4. This Court shall retain jurisdiction over this action and the parties for the purpose of enforcement of this Permanent Injunction and the confidential Settlement Agreement entered into between the parties. Therefore, Plaintiffs may apply to this Court in the future for such further orders and directions as may be necessary or appropriate to resolve any issues out of a claim of violation of or noncompliance.

5. In the event that either party violates the terms of the Injunction and fails to cure the violation pursuant to the cure and notice provisions in the Settlement Agreement, the party alleging the breach shall have the right to seek relief from this Court.

6. The Parties hereby stipulate to the entry of this Judgment and Injunction.

DATED: March 3, 2020



Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

10669-00043/681222

---
3
JUDGMENT AND PERMANENT INJUNCTION